## HOOVER, ADMINISTRATOR, *v.* TRI COUNTY MUTUAL PROTECTIVE ASSOCIATION.

[No. 13,968. Filed June 11, 1930.]

*Arthur D. McKinley* and *Leffler, Ball & Leffler,* for appellant.
*Silverburg, Bracken & Gray,* for appellee.

PER CURIAM.—Affirmed.

## STOCKTON ET AL. *v.* LAMBERT, TREASURER.

[No. 13,974. Filed June 13, 1930.]

*Schuyler C. Irwin,* for appellant.
*D. Delos Dean* and *Charles M. Sands,* for appellee.

PER CURIAM.—Judgment affirmed.

## AMERICAN LEGION OF INDIANA ET AL. *v.* NEAL, GUARDIAN.

[No. 13,695. Filed June 23, 1930.]

*George R. Brown, Jr.,* and *Howard P. Robinson,* for appellants.

NEAL, C. J.—Reversed, on the authority of *Eigelsbach* v. *Kanne* (1915), 184 Ind. 62, 110 N. E. 549; *Veit* v. *Windhorst* (1915), 184 Ind. 351, 110 N. E. 666; Ewbank's Manual (2d ed.) §§190, 190a.